# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| William J. Garrett, | ) | |
| --- | --- | --- |
| Plaintiff, | ) ) ) | **ORDER FOR STATUS CONFERENCE** |
| vs. | ) ) | |
| Garrison Property and Casualty Insurance Company, | ) ) ) | |
| Defendant. | ) ) | Case No. 1:19-cv-187 |

**IT IS ORDERED:**

A status conference will be held before the magistrate judge on September 1, 2020, at 9:00 a.m. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Dated this 18th day of October, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court